1   WESLEY E. OVERSON (CA SBN 154737)
    WOverson@mofo.com
2   REBEKAH KAUFMAN (CA SBN 213222)
    RKaufman@mofo.com
3   COLETTE M. LEBON (CA SBN 274202)
    CLeBon@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendant
    VIATOR, INC.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  ROSALINA C. RELENTE, individually and on          Case No.    CV 12-5868 JSW
    behalf of all others similarly situated,
14                                                     **CLASS ACTION**
                    Plaintiff,
15                                                     **STIPULATION AND
          v.                                           [PROPOSED] ORDER
16                                                     REGARDING BRIEFING
    VIATOR, INC., a corporation, and DOES 1-100,       SCHEDULE FOR DEFENDANT
17  inclusive,                                         VIATOR, INC.'S MOTION TO
                                                       DISMISS COMPLAINT**
18                  Defendants.

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
Case No. CV 12-5868-JSW
sf-3232073

1    Pursuant to Civil Local Rules 6-2 and 7-12 and the Court's Civil Standing Orders ¶ 4, the

2    parties, Plaintiff Rosalina Relente ("Plaintiff") and Defendant Viator, Inc. ("Defendant"), by and

3    through their undersigned counsel of record, submit the following stipulation and proposed order:

4    WHEREAS, on December 14, 2012, Defendant filed its Motion to Dismiss Complaint

5    ("Motion");

6    WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiff's opposition to the Motion is

7    currently due on December 28, 2012, and Defendant's reply in support of its Motion is currently

8    due on January 4, 2013;

9    WHEREAS, Defendant's counsel will be out of the office due to the Christmas and New

10   Year's holidays and preparations for an evidentiary hearing in New York, set for January 7, 2013,

11   during the time in which Defendant's reply is due;

12   WHEREAS, in light of Defendant's counsel's unavailability, Plaintiff's counsel has

13   agreed that Defendant may have a short extension to file a reply in support of its Motion, to and

14   including January 14, 2013;

15   WHEREAS, the hearing on Defendant's Motion is set for February 22, 2013;

16   WHEREAS, this change to the briefing schedule will not require a continuance of the

17   hearing date or any other changes to the Court's schedule; and

18   WHEREAS, the parties previously stipulated to extend the time within which Defendant

19   was to answer or otherwise respond to the Complaint.

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
Case No. CV 12-5868 JSW
sf-3232073

2

1    IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that the

2 deadline for Defendant to file a reply in support of its Motion, currently set for January 4, 2013,

3 shall be continued to and including January 14, 2013.

4

5 Dated:      December 20, 2012          WESLEY E. OVERSON
                                        REBEKAH KAUFMAN
6                                       COLETTE M. LEBON
                                        MORRISON & FOERSTER LLP

7

8                                       By:   /s/ Rebekah Kaufman
                                              Rebekah Kaufman
9

10                                            Attorneys for Defendant
                                              VIATOR, INC.

11                                      JAMES M. SITKIN, ESQ.
                                        LAW OFFICES OF JAMES M. SITKIN
12

13                                      MICHAEL F. RAM
                                        KARL OLSON
14                                      RAM, OLSON, CEREGHINO &
                                        KOPCZYNSKI

15

16                                      By:  /s/ James M. Sitkin
                                             James M. Sitkin
17

18                                           Attorneys for Plaintiff
                                             ROSALINA C. RELENTE and all others
19                                           similarly situated

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
Case No. CV 12-5868 JSW
sf-3232073

3

**SIGNATURE ATTESTATION**

I, Rebekah Kaufman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendant Viator, Inc.'s Motion to Dismiss Complaint.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that James M. Sitkin has concurred in this filing.


_____
/s/ Rebekah Kaufman
Rebekah Kaufman


**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS THEREFORE ORDERED** that the deadline for Defendant to file a reply in support of its Motion to Dismiss, currently set for January 4, 2013, shall be continued to and including January 14, 2013.


Dated:  _____, ~~2012~~       _____
            January 2, 2013                              The Hon. Jeffrey S. White
                                                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
Case No. CV 12-5868 JSW
sf-3232073

4