WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
COLETTE M. LEBON (CA SBN 274202)
CLeBon@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
VIATOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALINA C. RELENTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIATOR, INC., a corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 12-5868 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT VIATOR, INC.'S MOTION TO DISMISS COMPLAINT** |

1    Pursuant to Civil Local Rules 6-2 and 7-12 and the Court's Civil Standing Orders ¶ 4, the
2 parties, Plaintiff Rosalina Relente ("Plaintiff") and Defendant Viator, Inc. ("Defendant"), by and
3 through their undersigned counsel of record, submit the following stipulation and proposed order:
4    WHEREAS, on December 14, 2012, Defendant filed its Motion to Dismiss Complaint
5 ("Motion");
6    WHEREAS, pursuant to Civil Local Rule 7-3, Plaintiff's opposition to the Motion is
7 currently due on December 28, 2012, and Defendant's reply in support of its Motion is currently
8 due on January 4, 2013;
9    WHEREAS, Defendant's counsel will be out of the office due to the Christmas and New
10 Year's holidays and preparations for an evidentiary hearing in New York, set for January 7, 2013,
11 during the time in which Defendant's reply is due;
12    WHEREAS, in light of Defendant's counsel's unavailability, Plaintiff's counsel has
13 agreed that Defendant may have a short extension to file a reply in support of its Motion, to and
14 including January 14, 2013;
15    WHEREAS, the hearing on Defendant's Motion is set for February 22, 2013;
16    WHEREAS, this change to the briefing schedule will not require a continuance of the
17 hearing date or any other changes to the Court's schedule; and
18    WHEREAS, the parties previously stipulated to extend the time within which Defendant
19 was to answer or otherwise respond to the Complaint.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
Case No. CV 12-5868 JSW
sf-3232073

2

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that the deadline for Defendant to file a reply in support of its Motion, currently set for January 4, 2013, shall be continued to and including January 14, 2013.

Dated: December 20, 2012

WESLEY E. OVERSON
REBEKAH KAUFMAN
COLETTE M. LEBON
MORRISON & FOERSTER LLP

By: /s/ Rebekah Kaufman
Rebekah Kaufman

Attorneys for Defendant
VIATOR, INC.

JAMES M. SITKIN, ESQ.
LAW OFFICES OF JAMES M. SITKIN

MICHAEL F. RAM
KARL OLSON
RAM, OLSON, CEREGHINO &
KOPCZYNSKI

By: /s/ James M. Sitkin
James M. Sitkin

Attorneys for Plaintiff
ROSALINA C. RELENTE and all others similarly situated

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
Case No. CV 12-5868 JSW
sf-3232073

3

**SIGNATURE ATTESTATION**

I, Rebekah Kaufman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendant Viator, Inc.'s Motion to Dismiss Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that James M. Sitkin has concurred in this filing.

/s/ Rebekah Kaufman
Rebekah Kaufman

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS THEREFORE ORDERED** that the deadline for Defendant to file a reply in support of its Motion to Dismiss, currently set for January 4, 2013, shall be continued to and including January 14, 2013.

Dated: January 2, 2013, ~~2012~~

/s/ Jeffrey S. White
The Hon. Jeffrey S. White
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS
Case No. CV 12-5868 JSW
sf-3232073

4