James M. Sitkin, Esq. (SBN 107650)
LAW OFFICES OF JAMES M. SITKIN
255 California Street, 10th floor
San Francisco, CA 94111
Telephone: (415) 318-1048
Facsimile: (415) 362-3268

Michael F. Ram (SBN 104805)
Karl Olson (SBN 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| ROSALINA C. RELENTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIATOR, INC., a corporation, and DOES 1 – 100, inclusive,<br><br>Defendants. | CASE NO. 12-5868-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION/[proposed] ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |

STIPULATION/ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT – case no. 12-5868-JSW

It is hereby stipulated that:

1. An Order should issue granting leave to file the attached FIRST AMENDED CLASS ACTION COMPLAINT FOR FALSE AND DECEPTIVE ADVERTISING (hereinafter "First Amended Complaint");

2. The attached First Amended Complaint should be deemed filed and served as of the date of entry of this Order without need for separate filing or service; and

3. Defendant Viator, Inc. shall have fourteen days from entry of this Order to file and serve its response to the First Amended Complaint.

It is so stipulated.

Dated: February 11, 2013        LAW OFFICES OF JAMES M. SITKIN

By: _____
James M. Sitkin
Attorney for Plaintiffs

Dated: February 11, 2013        MORRISON & FOERSTER LLP

By: _____
Wesley E. Overson
Rebekah Kaufman
Colette M. LeBon
Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 12, 2013

_____
Judge Jeffrey S. White
Judge of the U.S. District Court

STIPULATION/ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT – case no. 12-5868-JSW