UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROSALINA C. RELENTE and
TRAVIS R. ANDERSON,
individually and on behalf of all
others similarly situated,

     Plaintiff(s),

v.

VIATOR, INC., a corporation, and
DOES 1-100, inclusive,

     Defendant(s).
_____/

CASE NO. CV 12-5868 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

  Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☒ Private ADR *(please identify process and provider)* mediation provider not yet selected

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline   no later than 90 days after a ruling on Plaintiff's motion for class certification

Dated: February 22, 2013      /s/ James Sitkin
                Attorney for Plaintiff

Dated: February 22, 2013      /s/ Rebekah Kaufman



sf-3247196

Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

sf-3247196



~~[PROPOSED] ORDER~~

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
☒ The parties' stipulation is modified as follows, and IT IS SO ORDERED.
  The deadline to complete the mediation is December 17, 2013.

Dated: June 5, 2013

*Jeffrey S. White*
UNITED STATES DISTRICT JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

sf-3247196

American LegalNet, Inc.
www.FormsWorkFlow.com