James M. Sitkin, Esq. (SBN 107650)
LAW OFFICES OF JAMES M. SITKIN
255 California Street, 10th Floor
San Francisco, CA 94111
Tel: (415) 318-1048
Fax: (415) 362-3268
Email: jsitkin@sitkinlegal.com

Michael F. Ram (SBN 104805)
Karl Olson (SBN 104760)
RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Tel: (415) 433-4949
Fax: (415) 433-7311
Email: mram@rocklawcal.com
Email: kolson@rocklawcal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALINA C. RELENTE and TRAVIS R. ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIATOR, INC., a corporation, and DOES 1-100, inclusive.<br><br>Defendant. | No. 12-5868-JSW<br><br>**CLASS ACTION**<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ~~GRANTING~~ DENYING LEAVE TO FILE 20 PAGE OPPOSITION BRIEF<br><br>Date: August 2, 2013<br>Time: 9:00 a.m.<br>Dept.: Courtroom 11<br>Judge: Hon. Jeffrey S. White |

Whereas, this action was filed on October 16, 2012 in the Superior Court of the County of San Francisco,

Whereas, on November 16, 2012, Defendant Viator, Inc. removed this action to the U.S. District Court, Northern District of California

---

No. 12-5868-JSW – STIPULATION AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO FILE 20 PAGE OPPOSITION BRIEF     1

Whereas, on June 10, 2013, Plaintiffs filed their Opposition to Defendant's Motion to Dismiss the Second Amended Complaint.

Whereas, the issues in this putative consumer class action are complex.

Whereas, the Opposition is 20 pages long;

It is hereby stipulated that:

An Order should issue granting leave to file Plaintiffs' 20 page Opposition.

It is so stipulated.

RAM, OLSON, CEREGHINO & KOPCZYNSKI LLP

Dated: June 19, 2013

By: /s/
Michael F. Ram
Jeffrey B. Cereghino
Karl Olson
Attorneys for Plaintiffs

MORRISON & FOERSTER LLP

Dated: June 19, 2013

By: _____
Wesley E. Overson
Rebekah Kaufman
Colette M. Lebon
Attorneys for Defendants

The Court DENIES the parties' stipulation. Plaintiffs shall file a revised opposition brief of no more than 15 pages by June 26, 2013. Defendants may file a revised reply brief by no later than noon on July 3, 2013. IT IS SO ORDERED. ~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

Dated: June 20, 2013

/s/ Jeffrey S. White
JUDGE JEFFREY S. WHITE
Judge of the U.S. District Court