United States District Court
For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ROSALINA C. RELENTE, et al.,

10              Plaintiffs,                        No. C 12-05868 JSW

11        v.

12   VIATOR, INC.,                           **ORDER VACATING HEARING**

13              Defendant.

     _____/

14

15        Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion which has been

16   noticed for hearing on Friday, August 2, 2013 at 9:00 a.m., is appropriate for decision without

17   oral argument.  Accordingly, the hearing date is hereby VACATED.  The motion will be taken

18   under submission and decided on the papers.

19

20        **IT IS SO ORDERED.**

21

22   Dated:   July 23, 2013                    _____

23                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28