IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSALINA C. RELENTE, et al.,

    Plaintiffs,

  v.

VIATOR, INC.,

    Defendant.
                                     /

No. C 12-05868 JSW

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion which has been noticed for hearing on Friday, August 2, 2013 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 23, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE