| | |
|---|---|
| 1 | WESLEY E. OVERSON (CA SBN 154737) |
| | WOverson@mofo.com |
| 2 | REBEKAH KAUFMAN (CA SBN 213222) |
| | RKaufman@mofo.com |
| 3 | COLETTE M. LEBON (CA SBN 274202) |
| | CLeBon@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
| | VIATOR, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALINA C. RELENTE AND TRAVIS R. ANDERSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> VIATOR, INC., a corporation, and DOES 1-100, inclusive, <br><br> Defendants. | Case No. CV 12-5868 JSW <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING AND SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Hon. Jeffrey S. White |

STIPULATION AND [PROPOSED] ORDER RE MOTION FOR CLASS CERTIFICATION
Case No. CV 12-5868-JSW
sf-3373645

Pursuant to Civil Local Rules 6-2 and 7-12 and the Court's Civil Standing Orders ¶ 4, the parties, Plaintiffs Rosalina Relente and Travis Anderson ("Plaintiffs") and Defendant Viator, Inc. ("Defendant"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, the last day for a hearing on Plaintiffs' motion for class certification is currently March 14, 2014, and the last day for Plaintiffs to file their motion for class certification is currently February 7, 2014;

WHEREAS, on December 9, 2013, the parties participated in mediation before Mediator Susan Haldeman and agreed to continue their settlement negotiations;

WHEREAS, Defendant is in the process of collecting and producing additional information to help facilitate the parties' negotiations;

WHEREAS, in light of the ongoing settlement negotiations, the parties have agreed to continue the last day for a hearing on Plaintiffs' motion for class certification to June 20, 2014;

WHEREAS, as contemplated by the Commentary on Civil Local Rule 7-2, given the complex nature of Plaintiffs' motion for class certification, the parties have agreed to an extended briefing schedule, with Plaintiffs' motion to be filed on or before April 11, 2014, Defendant's opposition to be filed on or before May 16, 2014, and Plaintiffs' reply to be filed on or before June 6, 2014; and

WHEREAS, the parties previously stipulated to extend the time within which Defendant was to answer or otherwise respond to the Complaint (Dkt. 5); and pursuant to the parties' stipulation, the Court continued the deadline for Defendant to file its reply in support of its motion to dismiss the Complaint (Dkt. 15).

1   IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that the
2   last day for a hearing on Plaintiffs' motion for class certification, currently March 14, 2014, shall
3   be continued to June 20, 2014, with Plaintiffs' motion to be filed on or before April 11, 2014,
4   Defendant's opposition to be filed on or before May 16, 2014, and Plaintiffs' reply to be filed on
5   or before June 6, 2014.

6
7   Dated:      January 16, 2012              WESLEY E. OVERSON
                                              REBEKAH KAUFMAN
                                              COLETTE M. LEBON
8                                             MORRISON & FOERSTER LLP
9
10                                            By:  /s/ Rebekah Kaufman
                                                   Rebekah Kaufman
11
                                                   Attorneys for Defendant
12                                                 VIATOR, INC.
13                                            JAMES M. SITKIN, ESQ.
                                              LAW OFFICES OF JAMES M. SITKIN
14
                                              MICHAEL F. RAM
15                                            KARL OLSON
                                              RAM, OLSON, CEREGHINO &
16                                            KOPCZYNSKI
17
18                                            By:  /s/ James M. Sitkin
                                                   James M. Sitkin
19
                                                   Attorneys for Plaintiffs
20                                                 ROSALINA C. RELENTE, TRAVIS R.
                                                   ANDERSON and all others similarly
21                                                 situated
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RE MOTION FOR CLASS CERTIFICATION
Case No. CV 12-5868 JSW
sf-3373645

3

1  **SIGNATURE ATTESTATION**

2  I, Rebekah Kaufman, am the ECF User whose ID and password are being used to file this

3  Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendant Viator, Inc.'s

4  Motion to Dismiss Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that

5  James M. Sitkin has concurred in this filing.

7  /s/ Rebekah Kaufman
   Rebekah Kaufman

9  **[PROPOSED] ORDER**

11  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS**

12  **THEREFORE ORDERED** that last day for a hearing on Plaintiffs' motion for class

13  certification, currently March 14, 2014, shall be continued to ~~June 20,~~ July 11, 2014, with Plaintiffs'

14  motion to be filed on or before April 11, 2014, Defendant's opposition to be filed on or before

15  May 16, 2014, and Plaintiffs' reply to be filed on or before June 6, 2014. The further case management conference is CONTINUED to August 1, 2014 at 11:00 a.m.

17  Dated: January 17, 2014

    The Hon. Jeffrey S. White
    United States District Judge

STIPULATION AND [PROPOSED] ORDER RE MOTION FOR CLASS CERTIFICATION
Case No. CV 12-5868 JSW
sf-3373645

4