1  WESLEY E. OVERSON (CA SBN 154737)
   WOverson@mofo.com
2  REBEKAH KAUFMAN (CA SBN 213222)
   RKaufman@mofo.com
3  COLETTE M. COLES (CA SBN 274202)
   CColes@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   VIATOR, INC.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13 ROSALINA C. RELENTE AND TRAVIS R.        Case No.   CV 12-5868 JSW
   ANDERSON, individually and on behalf of all
14 others similarly situated,                **CLASS ACTION**

15              Plaintiffs,                  **STIPULATION AND
                                             [PROPOSED] PROTECTIVE
16        v.                                 ORDER REGARDING
                                             CUSTOMER INFORMATION**
17 VIATOR, INC., a corporation, and DOES 1-100,
   inclusive,                               Hon. Jeffrey S. White
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE CUSTOMER INFORMATION
Case No. CV 12-5868-JSW
sf-3382954

1    Pursuant to Civil Local Rule 7-12, the parties, Plaintiffs Rosalina Relente and Travis

2   Anderson ("Plaintiffs") and Defendant Viator, Inc. ("Defendant"), by and through their

3   undersigned counsel of record, submit the following stipulation and proposed order:

4    WHEREAS, Plaintiffs have requested personally identifying information ("Personal

5   Information") of Defendant's customers, including their names, addresses, email addresses, and

6   phone numbers, and documents and records that may contain such Information;

7    WHEREAS, pursuant to Defendant's website privacy policy, Defendant may only

8   disclose its customers' Personal Information in limited circumstances; and

9    WHEREAS, in accordance with Defendant's privacy policy, and to protect the Personal

10   Information of Defendant's customers, the parties have agreed that Defendant will provide

11   Plaintiffs with its customers' Personal Information, and responsive documents and records that

12   may contain such Information, pursuant to a protective order similar to that entered in *York v.*

13   *Starbucks Corp.*, No. CV 08-7919-GAF (PJWx), 2009 WL 3177605, at *2 (C.D. Cal. June 30,

14   2009), on the terms set forth herein and subject to the Court's approval.

15    IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that:

16    1.    Plaintiffs' counsel will inform each customer contacted by Plaintiffs at the outset of

17   the initial contact with that customer—whether in writing, by email, on the phone, or in person—

18   that the customer has a right not to talk to counsel and that, if he or she elects not to talk to

19   counsel, Plaintiffs' counsel will terminate the contact and not contact that customer again.

20    2.    Plaintiffs' counsel will also inform the customer at this time that his or her refusal to

21   speak with counsel will not prejudice his or her rights as a class member should the Court certify

22   the class.

23    3.    Plaintiffs' counsel will prepare and retain lists of all customers contacted and those

24   customers who made it known that they did not want to be contacted, and will provide the lists to

25   the Court if requested to do so.

26    4.    Plaintiffs will only use Defendant's customers' Personal Information for the

27   purposes of this action and will not disseminate this information to anyone not necessary to the

28   prosecution of this action.

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE CUSTOMER INFORMATION
Case No. CV 12-5868 JSW
sf-3382954

Dated:     February 19, 2014

WESLEY E. OVERSON
REBEKAH KAUFMAN
COLETTE M. COLES
MORRISON & FOERSTER LLP


By:   /s/ Rebekah Kaufman
        Rebekah Kaufman

        Attorneys for Defendant
        VIATOR, INC.

JAMES M. SITKIN, ESQ.
LAW OFFICES OF JAMES M. SITKIN

MICHAEL F. RAM
KARL OLSON
RAM, OLSON, CEREGHINO &
KOPCZYNSKI


By:   /s/ James M. Sitkin
        James M. Sitkin

        Attorneys for Plaintiffs
        ROSALINA C. RELENTE, TRAVIS R.
        ANDERSON and all others similarly
        situated

1

## SIGNATURE ATTESTATION

2    I, Rebekah Kaufman, am the ECF User whose ID and password are being used to file this

3  Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendant Viator, Inc.'s

4  Motion to Dismiss Complaint.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that

5  James M. Sitkin has concurred in this filing.

6

7                                                        /s/ Rebekah Kaufman
                                                         Rebekah Kaufman
8

9

10                            **[PROPOSED] ORDER**

11              **PURSUANT TO STIPULATION, IT IS SO ORDERED**

12

13  Dated:  ___February 25_____, 2014    _____

14                                                         The Hon. Jeffrey S. White
                                                           United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] PROTECTIVE ORDER RE CUSTOMER INFORMATION
Case No. CV 12-5868 JSW
sf-3382954

4