WESLEY E. OVERSON (CA SBN 154737)
WOverson@mofo.com
REBEKAH KAUFMAN (CA SBN 213222)
RKaufman@mofo.com
COLETTE M. COLES (CA SBN 274202)
CColes@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
VIATOR, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALINA C. RELENTE AND TRAVIS R. ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VIATOR, INC., a corporation, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 12-5868 JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING AND SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Hon. Jeffrey S. White |

Pursuant to Civil Local Rules 6-2 and 7-12 and the Court's Civil Standing Orders ¶ 4, the parties, Plaintiffs Rosalina Relente and Travis Anderson ("Plaintiffs") and Defendant Viator, Inc. ("Defendant"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, the last day for a hearing on Plaintiffs' motion for class certification is currently July 11, 2014, and the last day for Plaintiffs to file their motion for class certification is currently April 11, 2014;

WHEREAS, on December 9, 2013, the parties participated in mediation before Mediator Susan Haldeman and have continued their settlement negotiations since then;

WHEREAS, in light of the ongoing settlement negotiations, on January 17, 2014, pursuant to the parties' stipulation, the Court continued the last day for a hearing on Plaintiffs' motion for class certification, originally set for March 14, 2014, to its current date (Dkt. 54);

WHEREAS, because the parties are still engaged in settlement negotiations and are making significant progress, the parties have agreed to further continue the last day for a hearing on Plaintiffs' motion for class certification to October 17, 2014 so that the parties can continue their negotiations without incurring additional expenses and fees associated with briefing class certification, including expert witness fees;

WHEREAS, as contemplated by the Commentary on Civil Local Rule 7-2, given the complex nature of Plaintiffs' motion for class certification and the parties' desire to postpone briefing on class certification while they are engaged in active settlement discussions, the parties have agreed to an extended briefing schedule, with Plaintiffs' motion to be filed on or before August 1, 2014, Defendant's opposition to be filed on or before September 12, 2014, and Plaintiffs' reply to be filed on or before October 3, 2014; and

WHEREAS, the parties previously stipulated to extend the time within which Defendant was to answer or otherwise respond to the Complaint (Dkt. 5); pursuant to the parties' stipulation, the Court continued the deadline for Defendant to file its reply in support of its motion to dismiss the Complaint (Dkt. 15); and pursuant to the parties' stipulation, the Court previously continued the last day for a hearing on Plaintiffs' motion for class certification (Dkt. 54).

1  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that the last day for a hearing on Plaintiffs' motion for class certification, currently July 11, 2014, shall be further continued to October 17, 2014, with Plaintiffs' motion to be filed on or before August 1, 2014, Defendant's opposition to be filed on or before September 12, 2014, and Plaintiffs' reply to be filed on or before October 3, 2014.

Dated: March 14, 2014

WESLEY E. OVERSON
REBEKAH KAUFMAN
COLETTE M. COLES
MORRISON & FOERSTER LLP

By: /s/ Rebekah Kaufman
   Rebekah Kaufman

   Attorneys for Defendant
   VIATOR, INC.

JAMES M. SITKIN, ESQ.
LAW OFFICES OF JAMES M. SITKIN

MICHAEL F. RAM
KARL OLSON
RAM, OLSON, CEREGHINO & KOPCZYNSKI

By: /s/ James M. Sitkin
   James M. Sitkin

   Attorneys for Plaintiffs
   ROSALINA C. RELENTE, TRAVIS R. ANDERSON and all others similarly situated

STIPULATION AND [PROPOSED] ORDER RE CONTINUING MOTION FOR CLASS CERTIFICATION
Case No. CV 12-5868 JSW
sf-3393960

3

**SIGNATURE ATTESTATION**

I, Rebekah Kaufman, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendant Viator, Inc.'s Motion to Dismiss Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that James M. Sitkin has concurred in this filing.

/s/ Rebekah Kaufman
Rebekah Kaufman

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS THEREFORE ORDERED** that last day for a hearing on Plaintiffs' motion for class certification, currently July 11, 2014, shall be further continued to October 17, 2014, with Plaintiffs' motion to be filed on or before August 1, 2014, Defendant's opposition to be filed on or before September ~~12~~ 5, 2014, and Plaintiffs' reply to be filed on or before ~~October 3,~~ September 26, 2014.

Dated: March 17, 2014

The Hon. Jeffrey S. White
United States District Judge