1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  | ROSALINA C. RELENTE and TRAVIS R. ANDERSON, individually and on behalf of all others similarly situated, | Case No.    CV 12-05868 JD |
13  | | **CLASS ACTION** |
14  | Plaintiffs, | **[PROPOSED]** **FINAL** **JUDGMENT** |
15  | v. | |
16  | VIATOR, INC., a corporation, and DOES 1-100, inclusive, | |
17  | | |
18  | Defendant. | |

19

20      The Court has signed and entered its Final Order Approving Settlement and Dismissing

21  Claims of Settlement Class Members with Prejudice (the "Order") in the above-captioned matter

22  with respect to the following class of persons:  All persons with California billing addresses who

23  purchased a Viator tour worldwide from October 16, 2008 through June 7, 2014 when a

24  Strikethrough Price was displayed with no Special Offer Text.

25  Accordingly:

26      **JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil

27  Procedure 58(a), as to the above-specified class of persons, Plaintiffs Rosalina Relente and Travis

28  Anderson, and Defendant Viator, Inc. on the terms and conditions of the Stipulation of Class

1    Action Settlement and Release ("Settlement Agreement") approved by the Order.

2         The Court, for purposes of this Final Judgment, adopts the terms and definitions set

3    forth in the Settlement Agreement.

4         1.    Viator shall make the payments on the terms and conditions specified in the

5    Settlement Agreement.  These payments shall include the amounts awarded in the Court's

6    order dated June 9, 2015, $500,000 in attorney's fees and $22,256.50 in costs.  The Court

7    also awarded costs to the named Plaintiffs for any out-of-pocket costs and any work missed,

8    which Viator will pay in the amounts of $744 to Rosalina Relente and $2,024 to Travis

9    Anderson.

10        2.    Payments and benefits to Settlement Class Members shall be made from the

11   Settlement Fund on the terms and conditions specified in the Settlement Agreement.

12        3.    The Class Representatives and Settlement Class Members are permanently

13   barred and enjoined from initiating, asserting and/or prosecuting any action or proceeding

14   that involves or asserts any of the Released Claims against any of the Released Persons.

15        4.    Viator is enjoined from displaying a Strikethrough Price for a product on its

16   website or mobile apps without also displaying text that accurately describes what the

17   Strikethrough Price is based on.  A Strikethrough Price is a price for a Viator product with a

18   line through it displayed on Viator's website or mobile apps.

19        5.    Without affecting the finality of this Final Judgment in any way, the Court

20   reserves exclusive and continuing jurisdiction over the Action, the Class Representatives, the

21   Settlement Class Members, and Viator for the purposes of supervising the implementation,

22   enforcement, construction, and interpretation of the Settlement Agreement, the Order, and

23   this Final Judgment.

24        6.    The Settlement Agreement, the Final Order Approving Settlement and

25   Dismissing Claims of Settlement Class Members with Prejudice, and this Final Judgment are

26   not admissions of liability or fault by Viator or the Released Persons, or a finding of the

27   validity of any claims in the Action or of any wrongdoing or violation of law by Viator or the

28   Released Persons.  The Settlement Agreement and settlement are not a concession by the

Parties, and, to the extent permitted by law, neither this Final Judgment, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be offered as evidence or received in evidence in any pending or future civil, criminal, or administrative action or proceeding to establish any liability of, or admission by, Viator, the Released Persons, or any of them. Notwithstanding the foregoing, nothing in this Final Judgment shall be interpreted to prohibit the use of this Final Judgment in a proceeding to consummate or enforce the Settlement Agreement or Final Judgment, or to defend against the assertion of Released Claims in any other proceeding, or as otherwise required by law.

JUDGMENT APPROVED AS TO FORM:

By: July 8, 2015

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

JUDGMENT ENTERED: _____

By: CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA